**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

JON R. MORGAN,

                        Plaintiff,

     -against-

UNIQUE USA, INC.,

                       Defendant.

------------------------------------x

ORDER

19 Civ. 10911 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 25, 2020 conference is adjourned to May 27, 2020 at 9:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge