UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JON R. MORGAN, *on behalf of himself and all others similarly situated*,

                           Plaintiff,

      -against-

UNIQUE USA, INC.,

                         Defendant.
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

ORDER

19 Civ. 10911 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The status conference is adjourned from May 6, 2020 to July 15, 2020 at 9:45 am.

Dated: New York, New York
       April 21, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge