UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JON R. MORGAN, *on behalf of himself and all others similarly situated*,

                               Plaintiff,

      -against-

UNIQUE USA, INC.,

                              Defendant.

------------------------------------- x

ORDER

19 Civ. 10911 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for May 27, 2020 is canceled.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

*/s/ George B Daniels*
GEORGE B. DANIELS
United States District Judge