```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JON R. MORGAN, *on behalf of himself and all others similarly situated*,

          Plaintiff,

  -against-

UNIQUE USA, INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 10911 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The status conference is adjourned from July 15, 2020 to November 4, 2020 at 9:45 am.

Dated: New York, New York
   July 9, 2020

                SO ORDERED.

                */s/ George B. Daniels*
                GEORGE B. DANIELS
                United States District Judge