**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JON R. MORGAN, *on behalf of himself and all others*
*similarly situated,*

                                              Plaintiff,

                    -against-

UNIQUE USA, INC.,

                                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED   SEP 1 5 2020

ORDER

19 Civ. 10911 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled for September 23, 2020 at 9:45 am is canceled.


Dated: New York, New York
      September 15, 2020

                          SO ORDERED.

                          _Georg B. Daniel_
                          GEORGE B. DANIELS
                          United States District Judge