UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| JON R. MORGAN, | 1:19-cv-10911-GBD |
| Plaintiff, | |
| | **NOTICE OF SETTLEMENT** |
| -against- | |
| UNIQUE USA, INC., | |
| Defendants. | |

-----------------------------------------------------------------x

Now comes Plaintiff and Defendant, by and through their respective counsel, to provide notice to the Court that the present case has been settled in principle between Plaintiff and Defendant and state:

1. A Settlement Agreement ("Agreement") is in the process of being finalized amongst the parties. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the parties have complied with their obligations under the Agreement.

Dated:  October 29, 2020

SHALOM LAW, PLLC                                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

_____/s/Jonathan Shalom_____                    _____/s/ Sean J. Kirby_____
Jonathan Shalom                                                      Sean J. Kirby
105-13 Metropolitan Avenue                                   30 Rockefeller Plaza
Forest Hills, NY 11375                                             New York, NY 10112
Phone: (718) 971-9474                                             Phone:  (212) 653-8700
Attorneys for Plaintiff                                                Attorneys for Defendant