UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
JON R. MORGAN, *on behalf of himself and all others similarly situated*, :
: 
: 
Plaintiff, :      ORDER
: 
-against- :      19 Civ. 10911 (GBD)
: 
UNIQUE USA, INC., : 
: 
Defendant. : 
------------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within forty-five (45) days of this Order.

The conference scheduled for November 4, 2020 is canceled.

Dated: New York, New York
      November 4, 2020

                                               SO ORDERED.

                                               */s/ George B. Daniels*
                                               GEORGE B. DANIELS
                                               United States District Judge